IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD LEE BROWN,

                             Plaintiff,                              ORDER
    v.

DANE COUNTY JAIL,                                       17-cv-488-jdp

                             Defendant.

On July 10, 2017, I entered an order directing plaintiff Richard Lee Brown to submit by July 31, 2017 an initial partial payment of the filing fee in the amount of $34.17. However, on July 31, 2017, plaintiff filed a letter saying that he has been moved to different institution and will not be able to make the July 31 deadline. Accordingly, I will provide plaintiff with an enlargement of time to pay his initial partial payment.

ORDER

IT IS ORDERED that:

1. Plaintiff may have an enlargement of time to August 28, 2017, in which to submit a check or money order payable to the clerk of court in the amount of $34.17. If plaintiff does not have funds available from his release account to make the initial partial payment, plaintiff is allowed to use funds from his release account to pay the initial partial.

2. If, by August 28, 2017, plaintiff fails to make the initial partial payment, or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily

and the case will be closed without prejudice to plaintiff's filing his case at a later date.

Entered this day 4th of August, 2017.


                          BY THE COURT:


                          /s/
                          PETER OPPENEER
                          Magistrate Judge